# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

***************************

| | | |
|---|---|---|
| IN RE: Mat Porter, Jr. | : | Case No: 16-11259 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE CHAPTER 13 TRUSTEE

NOW INTO COURT, comes Debtor, appearing herein through undersigned counsel, to Respond to the Objection to Confirmation of Chapter 13 Plan filed by the Chapter 13 Trustee, as follows:

1.

The Trustee's October 17, 2016 objection states the following:

"Debtor's plan provides for direct payments to be made by Debtor to Capital One National Association in Section 3.1b of the plan for the Debtor's residence. Section 3.2 of the plan, which is for personal property, lists a claim for Capital One National Association for Debtor's residence. The Trustee requests clarification of the claim to be paid to Capital One National Association."

2.

The claim in Section 3.1b of the debtor's plan is debtor's 1st mortgage debt.

3.

The claim in Section 3.2 of the debtor's plan is debtor's 2nd mortgage debt.

WHEREFORE, DEBTORS PRAY that the objection be deemed cured and the pending Chapter 13 Plan be approved. .

Date: November 4, 2016    SIMON, FITZGERALD, COOKE, REED & WELCH

                                          /s/ L. Laban Levy
By:_____
              L. Laban Levy- LA Bar No. 28658
              4700 Line Ave., Ste. 200
              Shreveport, LA 71106
              Telephone: (318) 868-2600
              ATTORNEYS FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: Mat Porter, Jr. | : | Case No: 16-11259 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing "Response to the Objection to Confirmation of Chapter 13 Plan filed by the Trustee" has this day been mailed to each of the following, by first class mail, postage prepaid:

Todd S. Johns  
Chapter 13 Trustee  
POB 1770  
Shreveport, LA 71166

Mr. Mat Porter, Jr.  
11770 Graham Road  
Keithville, LA 71047

Shreveport, Louisiana this 4th day of November, 2016

*/s/ Kristie Cross*
_____
Kristie Cross,
Legal Assistant to L. Laban Levy